IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| JOSEPH DRAEGO | : |
| Plaintiff, | : |
| vs. | : Civil Action No. 3:16-cv-00057 |
| CITY OF CHARLOTTESVILLE, | : |
| Defendant. | : |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

The undersigned counsel of record hereby move to withdraw their representation of Plaintiff. In support of this motion, counsel will rely on the declarations of counsel submitted herewith.

s/Jeffrey E. Fogel
Jeffrey E. Fogel, VSB #75643
913 E. Jefferson Street
Charlottesville, VA 22902
Tel 434-984-0300
Fax 434-220-4852

s/Steven D. Rosenfield
Steven D. Rosenfield, VSB #16539
913 East Jefferson Street
Charlottesville, VA 22902
Tel 434-984-0300
Fax 434-220-4852

Counsel for Plaintiff

October 18, 2016

# CERTIFICATION OF SERVICE

       I hereby certify that on October 18, 2016, I will electronically file the within Motion To Withdraw as Counsel, including the Declaration of Jeffrey E. Fogel and the Declaration of Steven D. Rosenfield, with the Clerk of Court through the ECF system which will provide a copy of each of the foregoing documents to:

John A. Conrad
Saemi Murphy
The Conrad Firm
1520 W. Main Street, Suite 204
Richmond, VA 23220

       I also certify that on the same date I sent an electronic version of the aforesaid motion and declarations to Joseph Draego at jdraego11@hotmail.com, the email address he provided me. I also deposited a true copy of both documents in the United States mail, addressed to:

Joseph Draego
2703 Westmoreland Road
Charlottesville, VA 22901

                                                                       s/Jeffrey E. Fogel
                                                                        Jeffrey E. Fogel