IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| JOSEPH DRAEGO | : |
| Plaintiff, | : |
| vs. | : Civil Action No. 3:16-cv-00057 |
| CITY OF CHARLOTTESVILLE, | : |
| Defendant. | : |

## DECLARATION OF STEVEN D. ROSENFIELD

Steven D. Rosenfield, under penalty of perjury, states as follows:

1. I have been assisting Jeffrey Fogel as co-counsel in the above styled case; Mr. Fogel has been acting as lead counsel for Joseph Draego and has had more direct contact with him than me.

2. I have, however, had personal contacts with Mr. Draego. Based on those contacts, I do not believe that I could continue to represent of Mr. Draego.

3. I therefore ask leave of Court to withdraw from this case.

4. I do not believe Mr. Draego will be prejudiced by my withdrawal.

s/Steven D. Rosenfield
Steven D. Rosenfield