IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| JOSEPH DRAEGO, | ) | |
|     Plaintiff, | ) | Civil Action No. 3:16cv00057 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CITY OF CHARLOTTESVILLE, | ) | By:    Joel C. Hoppe |
|     Defendant. | ) | United States Magistrate Judge |
| | ) | |

Before the Court is the motion for leave to withdraw as counsel for Plaintiff. ECF No. 19. In support of the motion, Plaintiff's counsel, Jeffrey E. Fogel and Steven D. Rosenfield, submitted affidavits explaining that their relationship with Plaintiff had deteriorated to the point that they could not effectively communicate with him. Additionally, Mr. Fogel represents that Plaintiff consented to counsel withdrawing from their representation of Plaintiff.

Accordingly, the motion to withdraw is hereby GRANTED, and counsel for Plaintiff are relieved of any further responsibilities in this case.

It is so ORDERED.

The Clerk shall send a copy of this Order to the parties.

ENTERED: October 20, 2016

*Joel C. Hoppe*

Joel C. Hoppe
United States Magistrate Judge