AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| JOSEPH DRAEGO <br> *Plaintiff* <br> v. <br> CITY OF CHARLOTTESVILLE <br> *Defendant* | ) <br> ) <br> ) Case No. 3:16cv00057 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joseph Draego

Date: 12/12/2016

*Attorney's signature*

Steven D. Rosenfield, VSB16539
*Printed name and bar number*

Steven D. Rosenfield
913 E. Jefferson Street
Charlottesville, VA 22902
*Address*

attyrosen@aol.com
*E-mail address*

(434) 984-0300
*Telephone number*

(434) 220-4852
*FAX number*