CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

DEC 2 1 2016

JULIA C. DUDLEY, CLERK
BY: /s/ F. Colema
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| JOSEPH DRAEGO, <br> Plaintiff, | ) <br> ) <br> ) | Civil Action No. 3:16cv00057 |
| v. | ) <br> ) | ORDER |
| CITY OF CHARLOTTESVILLE, <br> Defendant. | ) <br> ) <br> ) <br> ) | By: Norman K. Moon <br> United States District Judge |

## CONSENT ORDER OF DISMISSAL

The parties represent to the Court that all matters involving the claims asserted in the Complaint have been resolved; that the City of Charlottesville has amended the Council Meeting Procedures to delete Rule 9G; and that the City of Charlottesville has represented to the Court that it has no intention of re-instating this Rule 9G. The preliminary injunction entered on November 18, 2016, ECF No. 28, shall be dissolved based on these representations and the actions amending the Procedures to delete Rule 9G. Along with the representations above, the parties have privately resolved other matters associated with the claims in this lawsuit. This action is dismissed with prejudice. IT IS SO ORDERED and this matter shall be stricken from the docket.

Entered this 21st day of December, 2016.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

We ask for this:

_____
Steven D. Rosenfield, VSB # 16539
Attorney at Law
913 E. Jefferson Street
Charlottesville, Virginia 22902
Tel: (434)984-0300
Fax: (434)220-4852
email: attyrosen@aol.com

Counsel for Joseph Draego


_____
John A. Conrad
The Conrad Law Firm
1520 W. Main Street, Suite 204
Richmond, VA 23220
Tel: (804)359-6062
Fax: (804)359-6064
email: jconrad@theconradfirm.com

Counsel for the City of Charlottesville

2